UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                    Ind. #:  14-105 (MKB)

JORGE ESTRADA-TEPAL

     Defendant

I hereby certify that on June 24, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

     Dated:     New York, New York
                June 24, 2014

             SULLIVAN & BRILL, LLP

             _____
             By: Steven Brill, Esq.

             115 Broadway 17th Floor
             New York, NY  10006
             212-566-1000
             Steven.brill@sullivanbrill.com
             *Attorney for Jorge Estrada-Tepal*

1

cc: All counsel via ECF