<u>**United States v. Estrada-Tepal, et al.**</u>

**14-CR-105 (MKB)**

**EXHIBIT D**

**To the Government's Sentencing Letter**

**Dated September 14, 2015**

## VICTIM IMPACT STATEMENT – JANE DOE #5
## DOCKET#: 14-CR-00105

For more than two years, I was forced to work in prostitution for the Estrada-Tepal brothers in the United States. During that time, they forced me to work every day of the week and all the money I earned after paying the drivers was taken from me by the Estrada-Tepal family.

After I was forced to come to the United States, I was told that I owed Lionel Estrada $5,000 for the money he paid to bring us here. I also had to pay rent to him for the room they put me in. Any money I earned above that, I had to send to Juan Carlos Estrada in Mexico. I was constantly pressured and threatened to make more money. They also took money from me in order to bring more women to the United States. I was told that if I didn't earn enough, I would never see my children again. This is what forced me to continue working even though I never wanted to. Throughout the time I was trafficked by the Estrada-Tepal brothers, I was constantly depressed and frightened. I was frightened for myself and for my children. I was always under the watch of the Estrada-Tepal brothers so that I wouldn't make any "mistakes" and they reported everything I did to Juan Carlos back in Mexico, who had my children. In total, I estimate that the money taken from me totaled $150,000.

After I escaped, there were many months where I had no contact with my children and I was terrified for them. I did not know who was caring for them or whether I would ever see them again. In addition, I suffered severe trauma at the hands of the Estrada-Tepal family, and I am still recovering my sense of safety and security. Throughout the last four years while I was under the control of the Estrada-Tepal family and after escaping, I have suffered from nightmares, depression, and constant fear that I wouldn't regain my personality. At first I was receiving therapy two times a week, and I am still seeing my counselor once a month. Now I am feeling more calm and this therapy helped me recover somewhat from the suffering I went through and allowed me to cooperate on this case against the Estrada-Tepals.

Despite my fear of the Estrada-Tepal brothers and of Juan Carlos, who is still free as far as I know, I cooperated with the investigation and helped prepare for the trial against the

Estrada-Tepal brothers because I want them to be in jail for a long time and unable to ever victimize another woman again. I am still afraid of them and what they might do if they are released. I hope that they are given the longest sentence available. I also hope they are made to return the money that they took from me and from the other women they forced to work for them.

I do hereby swear that the above information is true and accurate.

_____
Signature

Sworn to me this 10th day of September 2015

_____
NOTARY PUBLIC

ROBYN N. PERRY
Notary Public, State of New York
No. 02PE6254283
Qualified in New York County
Commission Expires January 17, 2016

I, Laura Berger, hereby certify that I interpreted the attached declaration into Spanish and read it to the declarant who indicated that she understood it and agreed to its contents. I further certify that I am competent in both English and Spanish to render and certify such interpretation.

Dated this 10th day of September, 2015.

_____
Laura Berger

Sworn to me this 10th day of September, 2015.

ROBYN N. PERRY
Notary Public, State of New York
No. 02PE6254283
Qualified in New York County
Commission Expires January 17, 2016