# NOTICE OF APPEAL

### United States District Court

__Eastern__ District of __New York__

Caption:

United States v.

Jorge Estrada-Tepal

Docket No.: __14-cr-105 (MKB)__
__Hon. Margo K. Brodie__
(District Court Judge)

Notice is hereby given that __Jorge Estrada-Tepal__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other |  _____
(specify)
entered in this action on __December 15, 2015__.
(date)

This appeal concerns: Conviction only |     Sentence only ✔   Conviction & Sentence |     Other |

Defendant found guilty by plea ✔ | trial |   | N/A |

Offense occurred after November 1, 1987?   Yes ✔   No [    N/A [

Date of sentence: __December 15, 2015__   N/A |

Bail/Jail Disposition: Committed ✔   Not committed |   | N/A |

Appellant is represented by counsel?  Yes ✔ | No |    If yes, provide the following information:

Defendant's Counsel:  Adam D. Perlmutter, Esq.
Counsel's Address:  Perlmutter & McGuinness, P.C.
260 Madison Ave., Suite 1800, NY NY 10016
Counsel's Phone:  (212) 679-1990

Assistant U.S. Attorney:  Melody Wells
AUSA's Address:  U.S. Attorney's Office, EDNY
271 Cadman Plaza East, Brooklyn, NY 11201
AUSA's Phone:  (718) 254-6076

*Adam D. Perlmutter*
_____
Signature