DATE: 12/24/2015 07:10:50 AM

JORGE ESTRADA TEPAL

MDC BROOKLYN
80 WEST 29TH STREET
BROOKLYN NY 11232

HONORABLE JUDGE MARGO BRODi E
UNITED STAT DISTRICT COURT JUDGE
EASTERN NEW YORK DISTRICT
225 CADMAN PLAZA
BROOKLYN NY 11201

Dear Sir,

NOTICE OF APPEAL OF JUDGMENT RENDERED ON DEC 15TH 2015 ON CASA #14CR00105-207
AND NOTICE OF INSUFFICIENT COUNSEL BY MY ATTORNEY MR. ADAM PERL MUTTER

With all due respect and honor to you and the authority in which you respectively serve as a judge . I Jorge Estrada Tepal wishes to use this letter to notify you that I was given insufficient counsel and that I am appealing the judgment that was rendered by you on the 15th of December 2015.

After sitting down and reminiscing for the past couple of day after the sentence and reflecting on my case, the procedure and my experience with my court appointed attorney Mr. Adam Perl mutter, I realized that I will do a disservice to my self and the justice system if I do not raise the fact that I was given insufficient legal counsel by my court appointed attorney Mr. Adam Perl mutter and that but for the insufficiencies the outcome of my case would have been otherwise.

MOTION AND PLEA

Mr. Adam Perl mutter was deficient in the service that is expected to meet the standard of legal counsel in accordance to the federal rule of professional responsibility as regards assisting a client to the best of a legal expect ability.
1) Making OMNIBUS MOTIONS to suppress evidence or asking for the charges to be dismissed in entirety or at least a part.
2) Making a serious effort to NEGOTIATE A PLEA that is favorable to a client.
3) Asking for FACTICAL HEARING to determine the facts as regards my responsibility as well as liabilities as a result of my participation in the conspiracy charge.

LACK OF COMMUNICATION

Mr. Perl mutter never provide access to sufficient and needed communication between me and himself(Attorney and Client). I could hardly reach him on the phone and he never gave me copy of any correspondence he had with the court on my behalf. he didn't even give me a copy of the indictment, the Discoveries or the Plea. He never kept to his promise of coming to visit me in MDC at least once a week to discuss my matter.

CONFLICT OF INTEREST

Mr. Perl mutter and I had serious conflict of interest as he rushed and compared me to abandon my quest to contest the charges and never ever wanted to help me defend the matter by allowing me exercise my rights to take the matter to trial. He also compared me against my will using threat and intimidations to make me plea to the charges out of FEAR, DECEPTIONS AND DURESS or he will abandon the case and withdraw his representation jeopardizing my chances to effectively defend my case.

PREPAREDNESS

Mr. Perl mutter did not prepare me for PLEA nor THE SENTENCING. He did not spend time with me to advice me of what to say or do. He also did not advice me of advantages and repercussions of my plea nor what to expect as sentence. Neither did he heal to my advice to my proposed sentence and the not make a reasonable argument to minimize my sentence.

Therefore, I wish to ask the court to withdraw the service of my attorney Mr. Adam Perl mutter as my attorney, set aside the judgment and bring the case back to calendar and enable an opportunity to exercise my right to go to trail.

Yours Sincerely,

Jorge Estrada Tepal

# 83268-053

Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232






the Honorable Margo K. Brodie
United States District Judge
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201